UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:16-CR-4-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| VICTOR MANUEL NUNEZ-BATISTA | |

This matter is before the court on defendant's unopposed motion to continue arraignment and extend the time for filing pretrial motions. For good cause shown, the motion is ALLOWED. Arraignment and trial are CONTINUED to 11 July 2016. Any pretrial motion shall be filed on or before 25 May 2016. Any response shall be filed on or before 8 June 2016. Because law enforcement needs additional time to investigate and defense counsel needs additional time to investigate and conduct research and pursue plea negotiations, the court finds the ends of justice served by granting of this continuance outweigh the best interests of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 28 March 2016.

_____
W. Earl Britt
Senior U.S. District Judge