UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:16-CR-4-BR

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| VICTOR MANUEL NUNEZ-BATISTA | ) |  |
|  | ) |  |

On 1 August 2016, in open court, defendant moved to continue arraignment. The government did not oppose the motion. For good cause shown, the motion is ALLOWED. Arraignment and trial are CONTINUED to 29 August 2016. Because the parties need additional time to engage in plea negotiations, the court finds the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 2 August 2016.

W. Earl Britt
Senior U.S. District Judge